176 So.2d 451

Grady Lee LEONARD et al.

v.

W. L. MASON et al.

No. 47828.

July 2, 1965.

In re: Grady Lee Leonard and Alice Mae Coleman Leonard applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 174 So.2d 658.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.